Travaris Amps
[3204 e el monte way
93702]

Travaris Amps
man

TRAVARIS AMPS
moor

and/or wrongdoer

travaris-lavell court
claim
case number: cptn0009
1:23-cv-01276-BAM

i, a man Travaris Amps, clam the wrong of trespass, see attachment a and b
(no default judgement; i demand a trial by jury

Erica Grosjean and Anthony Ishii are the two fellow man and woman that agreed to be "case participants" (see attachment c) and ensure that my claim will be filed regardless of i having no money

8/25/23   Travaris Amps [seal/fingerprint]

FILED
AUG 25 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF FRESNO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Travaris Amps,<br><br>　　　　　　　　　　Defendant. | CASE NO.: F23903129<br><br>**VERDICT**<br>Penal Code § 1151 |

We, the jury in the above-entitled action, find the defendant, TRAVARIS AMPS, **GUILTY** of violation of section 273a(a), of the California Penal Code, **CHILD ABUSE**, as charged in Count 2 of the Information filed herein.

Date __7/18/2023__　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Foreperson)



# SUPERIOR Court of California, County of Fresno
## 1100 Van Ness Avenue, Fresno, CA 93724
### MINUTE ORDER

| | |
|---|---|
| **The People of the State of California vs. Travaris Lauell Amps** | Case Number: **F23903129** |
| AKAs: | |

| | | | |
|---|---|---|---|
| Hearing Date: | 7/18/2023 | DOB: | 6/6/1986 |
| Violation Date: | 01/03/2022 | Sex: | M |
| | | Booking Number: | 2210116 |
| Charging Document: | Information, Formal Complaint | Jail ID Number: | 1199456 |
| | | | |
| Filing Agency: | District Attorney | | |
| Filing Agency Case: | 22-240 CA | | |
| DOJ Petition: | | | |
| Court Internal ID: | F23903129-1 | | |

| CNT | OL | CHARGE |
|---|---|---|
| 001 | FEL | PC 278.5(a) |
| 002 | FEL | PC 273a(a) |

### Minute Order Corrected/Amended – First Corrected

**Hearing:** Jury Trial **Results:** Heard **Start time:**
Location: Department 74
Judge: Alvin M Harrell III
Commissioner:
Clerk: Philliper Hornbeak
Court Reporter: Natalie Duarte

Please see Minute Order for additional information.

Day of Trial Day: 5

Jury resumes deliberations. Time: 9:05 AM.

Deputy notified Judicial Assistant the Jury has a verdict at 9:10 AM. The Court will handle sentencing matter before the verdict is read.

Printed On: 7/19/2023 4:14 PM

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Travaris L. Amps
5070 E. Kings Canyon, #234
Fresno CA 93727
US
––Case Participants: Magistrate Judge Erica P. Grosjean (aredner@caed.uscourts.gov, egrosjean@caed.uscourts.gov, jlee@caed.uscourts.gov, mbillman@caed.uscourts.gov, mrooney@caed.uscourts.gov, ssmith@caed.uscourts.gov), District Judge Anthony W. Ishii (aishii@caed.uscourts.gov, caed_cmecf_awi@caed.uscourts.gov, msowards@caed.uscourts.gov, rhorng@caed.uscourts.gov, vgonzales@caed.uscourts.gov)
––Non Case Participants:
––No Notice Sent:
Message–Id: Subject:Activity in Case 1:22–cv–00059–AWI–EPG Amps v. Department of Social Services / Child Welfare Services Civil New Case Documents for AWI. Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

*U.S. District Court*

*Eastern District of California – Live System*

**Notice of Electronic Filing**

The following transaction was entered on 1/18/2022 at 3:26 PM PST and filed on 1/18/2022

*Case Name:*     Amps v. Department of Social Services / Child Welfare Services
*Case Number:*   1:22–cv–00059–AWI–EPG
*Filer:*
*Document Number:* 3
*Docket Text:*
**CIVIL NEW CASE DOCUMENTS ISSUED. (Lundstrom, T)**

1:22–cv–00059–AWI–EPG Notice has been electronically mailed to:

1:22–cv–00059–AWI–EPG Electronically filed documents must be served conventionally by the filer to:
Travaris L. Amps
5070 E. Kings Canyon, #234
Fresno CA 93727
US

C