UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVARIS AMPS,<br><br>　　　　Defendant. | Case No.  1:23-cv-01276-BAM<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS**<br><br>THIRTY (30) DAY DEADLINE |

　　　Plaintiff Travaris Amps ("Plaintiff"), proceeding *pro se*, filed the instant action on August 25, 2023.  (Doc. 1.)  Plaintiff has not paid the $402.00 filing fee nor has he submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Clerk's Office shall send to Plaintiff a form for application to proceed *in forma pauperis*;

　　　2.　　Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $402.00 filing fee for this action; and

　　　3.　　**Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

　　　Dated:  __**August 28, 2023**__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1