UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVARIS AMPS,<br><br>        Defendant. | No. 1:23-cv-01276-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. 8 |

       Plaintiff Travaris Amps ("Amps") is proceeding pro se in this civil action filed August 25, 2023. Doc. 1.

       The assigned magistrate judge ordered Amps to submit an application to proceed in forma pauperis ("IFP") or pay the filing fee within thirty days of service of the court's order (Doc. 3), but Amps did not comply with either directive.[1] The magistrate judge warned that failure to comply would result in a recommendation for dismissal of the action. *Id.*

       On October 12, 2023, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, for Amps' failure to comply with the court's order, failure to pay the filing fee or submit the proper application to proceed in forma pauperis, and failure to prosecute this action. Doc. 8. Amps was served with the findings and

---

[1] Following the court's order, Amps filed various notices with the court. Docs. 4, 5, 6. The notices are unrelated to the court's instruction to pay the filing fee or submit an IFP application.

1

recommendations, which contained notice that any objections were to be filed within fourteen (14) days after service. *Id*. at 3. Amps did not file any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendations issued on October 12, 2023 (Doc. 8) are ADOPTED in FULL;
2. This action is DISMISSED, without prejudice, for plaintiff's failure to comply with the court's order, failure to pay the filing fee or submit the proper application to proceed in forma pauperis, and failure to prosecute this action; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 23, 2024

_____
UNITED STATES DISTRICT JUDGE

2