## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                             **JUDGMENT IN A CIVIL CASE**

**TRAVARIS AMPS,**

                                             CASE NO: **1:23–CV–01276–KES–BAM**

           v.

**TRAVARIS AMPS,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/26/2024**

                                                   **Keith Holland**
                                                   Clerk of Court

ENTERED: **August 26, 2024**

                                      by: /s/ A. Lawrence
                                              Deputy Clerk